FILED: October 22, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2135
(3:13-cv-00068-GMG-JES)

_____

ESTATE OF WAYNE A. JONES BY ROBERT L. JONES AND BRUCE A. JONES, Administrators of the Estate of Wayne A. Jones

       Plaintiff - Appellant

v.

CITY OF MARTINSBURG, WEST VIRGINIA; PFC. ERIK HERB; PFC. DANIEL NORTH; PTLM. WILLIAM STAUBS; PTLM. PAUL LEHMAN; PFC. ERIC NEELY

       Defendants - Appellees

 and

MARTINSBURG POLICE DEPARTMENT; DOES 1 TO 25

       Defendants

---

This case has been opened on appeal.

| Originating Court | United States District Court for the Northern District of West Virginia at Martinsburg |
|---|---|
| Originating Case Number | 3:13-cv-00068-GMG-JES |
| Date notice of appeal filed in originating court: | 10/21/2014 |

| Appellant | Estate of Wayne A. Jones |
|---|---|
| Appellate Case Number | 14-2135 |
| Case Manager | Barbara H. Rowe<br>804-916-2704 |